UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

IN RE:

    MELINDA JANE EBEL,

        Debtor.

WILLIAM E. WELLS,

        Appellant,

    v.

UNITED STATES TRUSTEE and DANA S. FRAZIER, Chapter 7 Trustee,

        Appellees,

and

ROBERT E. EGGMAN, Chapter 7 Trustee,

        Intervenor.

Case No. 08-cv-45-JPG

## JUDGMENT

This matter having come before the Court and the appellant having failed to prosecute,

IT IS HEREBY ORDERED AND ADJUDGED that this appeal is dismissed with prejudice.

**Dated: December 19, 2008**　　　　　**NORBERT G. JAWORSKI, Clerk**

　　　　　　　　　　　　　　　　　　　　**By:s/Deborah Agans, Deputy Clerk**

**Approved:**　　s/ J. Phil Gilbert
　　　　　　　　**J. PHIL GILBERT**
　　　　　　　　**DISTRICT JUDGE**